SEALED                                    FILED
                                          MAR 0 6 2014
                                          

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 4:14-mJ-1012

In The Matter of the Search of )
Commercial Fishing Vessel LADY CAROLYN, )   **UNDER SEAL**
USCG Documentation Number 1084993 )

**ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Upon Motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the above-captioned matter, with the exception of Attachments "A" and "B" to the Application, and the instant Motion and Order to Seal, be sealed by the Clerk until further Order of this Court, except that a two certified copies of the same be provided to NOAA and the Office of the United States Attorney.

This __6__ day of March, 2014

_____
JAMES E. GATES
United States Magistrate Judge

3